THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SAM KAPLAN and THEODORE GREENBERG, Appellants, Impleaded with Others.

(Argued April 24, 1934; decided June 5, 1934.)

*Max D. Steuer* and *Irving J. Levy* for appellants.

*William Copeland Dodge*, District Attorney (*Robert C. Taylor* and *Felix C. Benvenga* of counsel), for respondent.

Judgments affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.